SPERBER NAZIF LAW GROUP
Sy Nazif, No. 15970
Aaron Nazif, *Pro Hac Vice*
2831 St. Rose Parkway, Suite 200
Henderson, NV 89052
Telephone:  (949) 744-4000
E-mail:        SNazif@snlawyers.com
                   ANazif@snlawyers.com

Attorneys for Plaintiff
TERESA RICH

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| TERESA RICH, individually, | Case No. 2:25-cv-00532-GMN-NJK |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL** |
| vs. | |
| AMAZON.COM, INC.; DOES 1 through 25; | |
| Defendants. | |

Plaintiff TERESA RICH and Defendant AMAZON.COM, INC., by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The parties have fully and finally resolved all claims in this action through a confidential settlement agreement.

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties jointly stipulate to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and costs.

3. This stipulation is signed by all parties who have appeared in the action.

IT IS SO STIPULATED.

Submitted by:

| SPERBER NAZIF LAW GROUP | KAEMPFER CROWELL |
|---|---|
| *[signature]* | *[signature]* |
| Sy Nazif, No. 15970<br>2831 St. Rose Parkway, Suite 200<br>Henderson, Nevada 89052<br><br>Attorney for Plaintiff Teresa Rich | Raleigh C. Thompson, No. 11296<br>Ryan M. Lower, No. 9108<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br><br>PERKINS COIE LLP<br>M Ray Hartman III, Pro Hac Vice<br>Madeline Gootman, Pro Hac Vice<br>11452 El Camino Real, Suite 300<br>San Diego, California 92130<br><br>Attorneys for Defendant<br>Amazon.com, Inc. |

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that service of **STIPULATION AND ORDER FOR DISMISSAL** was made on today's date by submitting electronically filing and service with the United States District Court for the District of Nevada through the PACER Electronic Filing System and/or by e-mail to the addressee(s) shown below:

KAEMPFER CROWELL
Raleigh C. Thompson, No. 11296
Ryan M. Lower, No. 9108
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rthompson@kcnvlaw.com
Email: rlower@kcnvlaw.com

PERKINS COIE LLP
M Ray Hartman III, Pro Hac Vice
Madeline Gootman, Pro Hac Vice
11452 El Camino Real, Suite 300
San Diego, California 92130
Telephone: (858) 720.5700
Facsimile: (858) 720.5799
Email: RHartman@perkinscoie.com
Email: MGootman@perkinscoie.com

Attorneys for Defendant Amazon.com Services LLC

DATED: December 17, 2025          */s/ Sarah R. Crouse*
                                  An employee of Sperber Nazif Law Group

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERESA RICH, individually,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC.; DOES 1 through 25,<br><br>Defendants. | Case No. 2:25-cv-00532-GMN-NJK<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Pursuant to the Stipulation of the Parties and Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice. The Clerk of Court is kindly directed to close this case.

**DATED** this __22__ day of December, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court